**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – OFFICE OF ANTI-DISCRIMINATION**

---

Jason Scott
435 Balsam Drive
Dover, DE 19901

Case No. 09110494M

vs.

UPS / SUPPLY CHAIN SOLUTIONS
200 Biddle Avenue,
Newark, DE 19709

---

**FINAL DETERMINATION AND RIGHT TO SUE NOTICE**

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

***Administrative Dismissal with Corresponding Right to Sue Notice.***

In this case, the Department has determined that there is no further benefit which can be provided to the parties under the administrative process. Charging Party via counsel submits his written request to end the Administrative process and receive his Delaware Right to Sue Notice. The Department hereby issues this Administrative Dismissal to signal the end of the administrative process without a specific finding. This Administrative Dismissal also provides the Charging Party with a Delaware Right to Sue Notice.

This administrative dismissal is based upon 19 Del. C. § 712 (c) (5) which states: "End of administrative process. In all cases where the Department has dismissed the Charge, issued a No Cause Determination or upon the parties failed conciliation efforts, the Department shall issue a Delaware Right to Sue Notice, acknowledging the Department's termination of the administrative process. Once the Department has issued its preliminary findings pursuant to subsection (2), the Department, in its discretion, may grant a Delaware Right to Sue Notice to a Charging Party."

See the attached Notice of Rights.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Office of Anti-Discrimination. You may have additional rights under federal laws.

September 9, 2010 — Julie Klein Cutler

Date issued — Julie Klein Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

17C_ C-12-A Admin Dismiss: Rev. 07-09