IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. |
| | ) | |
| v. | ) | Trial By Jury Demanded |
| | ) | |
| UPS SUPPLY CHAIN SOLUTIONS | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF VERIFICATION**

STATE OF DELAWARE :
: SS
COUNTY OF KENT :

BE IT REMEMBERED, that on this 29th day of October 2010, Jason Scott, personally came before me, the Subscriber, a Notary Public for the State and County aforesaid, Jason Scott known to me personally to be such, who being duly sworn according to law, did depose and say that the foregoing Verified Complaint is true and correct to the best of her knowledge and belief.

____________________
Jason Scott

SWORN TO AND SUBSCRIBED before me the day and year first above-written.

____________________
Notary Public