**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JASON SCOTT,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **C.A. No. 10-929-JCJ** |
| **UPS SUPPLY CHAIN SOLUTIONS, INC.** | ) | |
| **Defendant.** | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Lori A. Brewington and the law firm of Richards, Layton & Finger, P.A. to represent Defendant UPS Supply Chain Solutions, Inc. in the above-captioned case.

*/s/ Lori A. Brewington*

Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant*
*UPS Supply Chain Solutions, Inc.*

Dated: December 30, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2010, I caused the foregoing document to be served, via **first-class U.S. mail**, postage prepaid, and electronically filed same with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Ronald G. Poliquin, Esquire
1073 S. Governor's Ave.
Dover, Delaware 19904
(302) 674-2210

*/s/ Lori A. Brewington*
Lori A. Brewington (#4522)
Brewington@rlf.com