**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JASON SCOTT,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **C.A. No. 10-929-JCJ** |
| **UPS SUPPLY CHAIN SOLUTIONS, INC.** | ) | |
| **Defendant.** | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Emmett F. McGee, Jr. and Paul A. Mallos of Jackson | Lewis LLP, 2800 Quarry Lake Drive, Suite 200, Baltimore, MD 21209, (410) 415-2000, to represent Defendant UPS Supply Chain Solutions, Inc. in this matter.

OF COUNSEL:

Emmett F. McGee, Jr.
Paul A. Mallos
Jackson | Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2000

Dated: January 3, 2011

*/s/ Lori A. Brewington*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant*
*UPS Supply Chain Solutions, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED this ______ day of ______________, 2011 that counsel's motion for admission *pro hac vice* of Emmett F. McGee, Jr. and Paul A. Mallos is GRANTED.

Dated:________________________________

________________________________
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2011, I caused the foregoing document to be served, via **first-class U.S. mail**, postage prepaid, and electronically filed same with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Ronald G. Poliquin, Esquire
1073 S. Governor's Ave.
Dover, Delaware 19904
(302) 674-2210

*/s/ Lori A. Brewington*
Lori A. Brewington (#4522)
Brewington@rlf.com