## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Emmett F. McGee, Jr. (Bar No. 08462)
Jackson Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
410-415-2003 / 410-415-2001 (Fax)
***Attorney for Defendant***

Dated: January 3, 2011

4819-2424-3720, v. 1