**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JASON SCOTT | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 10-929-JCJ |
| UPS SUPPLY CHAIN | : |
| SOLUTIONS, INC. | : |

**ORDER**

AND NOW, this 4th day of January, 2011, upon consideration of the Motion of Lori A. Brewington, Esquire for the Admission *Pro Hac Vice* of Emmett F. McGee, Jr., Esquire and Paul A. Mallos, Esquire (Docket No. 6), and it appearing to the Court that the foregoing attorneys are members in good standing of the Bars of the State of Maryland and of the District of Columbia, it is hereby ORDERED that the Motion is GRANTED and Emmett F. McGee, Jr., Esquire and Paul A. Mallos, Esquire are admitted to practice *Pro Hac Vice* before this Court as co-counsel with Lori A. Brewington, Esquire on behalf of the Defendant for purposes of this action only and in accordance with Local Rule of Civil Procedure 83.6.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.