**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-929-JCJ |
| | ) | |
| UPS SUPPLY CHAIN SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 3, 2011, true and correct copies of (1) Defendant UPS Supply Chain Solutions' First Set of Interrogatories to Plaintiff, and (2) Defendant UPS Supply Chain Solutions' First Request for Production of Documents to Plaintiff were served via UPS Second Day Air upon the following counsel of record:

Ronald G. Poliquin, Esquire
Law Firm of Ronald G. Poliquin
48 The Green, 2nd Floor
Dover, Delaware 19901

OF COUNSEL:

Emmett F. McGee, Jr.
Paul A. Mallos
Jackson | Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2000

*<u>/s/ Lori A. Brewington</u>*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant*
*UPS Supply Chain Solutions, Inc.*

Dated: March 3, 2011