AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MICHIGAN

JASON SCOTT
*Plaintiff*
v.
UPS SUPPLY CHAIN SOLUTIONS
*Defendant*

Civil Action No. 1:10-cv-00929-JCJ

(Pending in the United States District Court for the District of Delaware)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:

**Kelly Services, Inc.**
**c/o Law Department**
**999 W. Big Beaver Rd.**
**Troy, MI 48084-4782**

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**The complete personnel and/or employment file and all other documents that refer or relate to Jason Scott (DOB 5/18/1982), including, but not limited to all documents that reflect or relate to the following: any employment, assignments or other services Jason Scott may have performed, or applied to perform; applications for employment; documents reflecting the date on which Jason Scott first applied for, or expressed an interest in, employment with you, communications with Jason Scott regarding his application for employment; notes of interviews with Jason Scott; notes and other documents regarding decisions made with respect to Jason Scott's applications for employment; Jason Scott's resumes; offer of employment; terms and conditions of employment; position (for jobs and assignments he held and for jobs for which he applied but was not hired); all compensation and benefits that he has received and/or was eligible for (for jobs and assignments he held and for jobs for which he applied but was not hired); any W-2 or 1099 tax forms issued to Jason Scott; job interviews; hiring, employment contracts; consulting contracts; job descriptions (for jobs he held and for jobs for which he applied but was not hired); changes in job status; applications for changes in job status; responses to such requests; changes in rates of pay; job performance; evaluations of job performance; assignments; promotions; transfers; requests for transfers and responses to such requests; reprimands; warnings; discipline; counseling complaints; concerns or complaints expressed by Jason Scott or by others about him; the identities of his supervisors and managers; attendance, absences and leaves of absence; and if his employment has been terminated, all documents relating to the termination of employment, including the reasons for termination.**

| Place: | Date and Time: |
|---|---|
| **Jackson Lewis LLP**<br>**2800 Quarry Lake Drive, Suite 200**<br>**Baltimore, MD 21209** | **April 22, 2011 by 5:00 p.m.** |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: April 7, 2011

*CLERK OF COURT*

OR

_______________________
*Signature of Clerk or Deputy Clerk*

[signature]
*Attorney's signature*
Paul A. Mallos

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* UPS Supply Chain Solutions
_______________________, who issues or requests this subpoena, are:

Paul A. Mallos, Esq.
Jackson Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209