**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No.: 1:10-Cv-00929-JCJ |
| | ) | |
| UPS SUPPLY CHAIN SOLUTIONS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

This shall certify that on the 8th day of April, 2011, I caused one (1) copy of Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents to be served via U.S. Mail the following parties:

Paul Mallos, Esquire
Jackson Lewis, LLP
2800 Quarry Lake Drive
Suite 200
Baltimore, MD 21209

**LAW FIRM OF RONALD G. POLIQUIN, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
48 The Green
Dover, DE 19901
*Attorney for Plaintiff Jason Scott*