**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-929-JCJ |
| | ) | |
| UPS SUPPLY CHAIN SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBPOENA *AD TESTIFICANDUM* AND *DUCES TECUM***

To: Ronald G. Poliquin, Esquire
Law Firm of Ronald G. Poliquin
48 The Green, 2nd Floor
Dover, Delaware 19901

PLEASE TAKE NOTICE that Defendant UPS Supply Chain Solutions has caused to be served the attached subpoena on Myron Giddens, 1501 Linden Street, Wilmington, Delaware 19805, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

*/s/ Lori A. Brewington*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant*
*UPS Supply Chain Solutions, Inc.*

OF COUNSEL:

Emmett F. McGee, Jr.
Paul A. Mallos
Jackson | Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2000

Dated: April 20, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

**BY ELECTRONIC MAIL**

Ronald G. Poliquin, Esquire
Law Firm of Ronald G. Poliquin
48 The Green, 2nd Floor
Dover, Delaware 19901

*/s/ Lori A. Brewington*
Lori A. Brewington (#4522)
Brewington@rlf.com