AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | | |
|---|---|---|
| Jason Scott<br>*Plaintiff*<br>v.<br>UPS Supply Chain Solutions<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 1:10-cv-00929-JCJ<br>(If the action is pending in another district, state where: ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Myron Giddens
1501 Linden Street, Wilmington, DE 19805

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19899 | Date and Time:<br>05/09/2011 9:30 am |
|---|---|

The deposition will be recorded by this method: As noted in the attached Notice of Deposition.

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

ANY AND ALL DOCUMENTS REFLECTING COMMUNICATIONS TO OR FROM OR CONCERNING JASON SCOTT AND/OR JASON SCOTT'S ALLEGATIONS OF DISCRIMINATION AGAINST UPS SUPPLY CHAIN SOLUTIONS.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 4/19/11

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Paul Mallos
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* UPS Supply Chain Solutions , who issues or requests this subpoena, are:

Paul Mallos, Jackson Lewis LLP, 2800 Quarry Lake Drive, Baltimore, MD 21209; paul.mallos@jacksonlewis.com; 410-415-2006