**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 10-929-JCJ |

**<u>NOTICE OF SUBPOENA *AD TESTIFICANDUM* AND *DUCES TECUM*</u>**

To: Ronald G. Poliquin, Esquire
Law Firm of Ronald G. Poliquin
48 The Green, 2nd Floor
Dover, Delaware 19901

PLEASE TAKE NOTICE that Defendant UPS Supply Chain Solutions will cause to be served the attached subpoena on Vonda Bynum, 1407 Flanders Way, Newark, Delaware 19702, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

*<u>/s/ Lori A. Brewington</u>*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant*
*UPS Supply Chain Solutions, Inc.*

OF COUNSEL:

Emmett F. McGee, Jr.
Paul A. Mallos
Jackson | Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2000

Dated: April 20, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

**BY ELECTRONIC MAIL**

Ronald G. Poliquin, Esquire
Law Firm of Ronald G. Poliquin
48 The Green, 2nd Floor
Dover, Delaware 19901

*/s/ Lori A. Brewington*
Lori A. Brewington (#4522)
Brewington@rlf.com