**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JASON SCOTT,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **UPS SUPPLY CHAIN SOLUTIONS,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **C.A. No. 10-929-JCJ** |

**NOTICE OF DEPOSITION**

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on May 11, 2011 at 9:30 a.m., at the offices of Richards, Layton & Finger, One Rodney Square, Wilmington, Delaware, 19899, UPS Supply Chain Solutions, by counsel, shall take the deposition of Henry U. Isiocha, M.D. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and will be recorded by stenographic and/or sound and visual means (audio and video tape), for the purpose of discovery or other use as permitted by the Federal Rules of Civil Procedure. The taking of said deposition will be continued at the same place from day to day as necessary until completed.

*/s/ Lori A. Brewington*
Lori A. Brewington (#3689)
Brewington@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7689

*Counsel for Defendant*
*UPS Supply Chain Solutions, Inc.*

Of counsel:

Emmett F. McGee, Jr., Esq.
Paul A. Mallos, Esq.
JACKSON LEWIS LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
(410) 415-2000
(410) 415-2001

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April, 2011, a copy of the foregoing Defendant's Notice of Deposition of Henry U. Isiocha was served via UPS Next Day Air on the following:

Law Firm of Ronald G. Poliquin
48 The Green, 2nd Floor
Dover, DE 19901
Phone: 1-800-811-5182
Fax: 1-800-604-4694

*Counsel for Plaintiff*
*Jason Scott*

*/s/ Lori A. Brewington*
Lori A. Brewington (#3689)