**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 10-929-JCJ |
| UPS SUPPLY CHAIN SOLUTIONS, | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on May 11, 2011 at 11:30 a.m., at the offices of Richards, Layton & Finger, One Rodney Square, Wilmington, Delaware 19899, UPS Supply Chain Solutions, by counsel, shall take the deposition of the Corporate Representative of Mind and Body Consortium. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and will be recorded by stenographic and/or sound and visual means (audio and videotape), for the purpose of discovery or other use as permitted by the Federal Rules of Civil Procedure. The taking of said deposition will be continued at the same place from day to day as necessary until completed.

*/s/ Jennifer C. Jauffret*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant*
*UPS Supply Chain Solutions, Inc.*

OF COUNSEL:

Emmett F. McGee, Jr.
Paul A. Mallos
Jackson | Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2000

Dated: April 27, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of April, 2011, a copy of the foregoing Notice of Deposition was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ronald G. Poliquin, Esquire
1073 S. Governor's Ave.
Dover, Delaware 19904
(302) 674-2210

*/s/ Jennifer C. Jauffret*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com