**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No.: 1:10-Cv-00929-JCJ |
| | ) | |
| UPS SUPPLY CHAIN SOLUTIONS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:** Paul A. Mallos, Esquire
JACKSON LEWIS LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209

**PLEASE TAKE NOTICE** that the attached Motion for Withdrawal as Counsel will be heard at the earliest convenience of the court.

**LAW FIRM OF RONALD G. POLIQUIN, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
48 The Green
Dover, DE 19901
*Attorney for Plaintiff Jason Scott*

Dated: May 13, 2011

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No.: 1:10-Cv-00929-JCJ |
| | ) | |
| UPS SUPPLY CHAIN SOLUTIONS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW**

Ronald G. Poliquin, Esquire, the undersigned counsel for Jason Scott, requests this Honorable Court Order permission for Ronald G. Poliquin, Esquire to withdraw from representing Jason Scott in the above matter, and asserts the following in support of the request:

1. Plaintiff's counsel can no longer adequately represent plaintiff Jason Scott and request withdrawal from the case.

2. Plaintiff's counsel has continously attempted to contact plaintiff by telephone, email, and via certified mail about his case. Despite these attempts, plaintiff has failed to return numerous phone calls in the last week and has not responded to a letter by counsel stating his intent to withdraw if plaintiff would not communicate with him.

3. Plaintiff Jason Scott has refused to communicate with plaintiff's counsel about his case in the midst of discovery.

4. In addition, plaintiffs counsel and the plaintiff have irreconcilable differences regarding how to proceed in the case.

5. Plaintiff has also failed to live up to his financial obligations to his legal counsel as required by their fee agreement.

6. Plaintiff counsel request the court issue a stay on the matter for. It deems adequate for plaintiff to seek out and retain new representation.

7. Plaintiff counsel has reached out to defense counsel regarding the above matters in defense counsel had no objection to each request.

**WHEREFORE**, the undersigned attorney respectfully requests this Honorable Court grant permission to Ronald G. Poliquin, Esquire to withdraw as counsel of record to in the above-captioned matter along with granting a stay of the litigation overtime. Which the court deems adequate for plaintiff to seek out new representation.

**LAW FIRM OF RONALD G. POLIQUIN, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
48 The Green
Dover, DE 19901
*Attorney for Plaintiff Jason Scott*

Date: May 13, 2011

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No.: 1:10-Cv-00929-JCJ |
| | ) | |
| UPS SUPPLY CHAIN SOLUTIONS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**HAVING DULY READ AND CONSIDERED,** Plaintiff's counsel's Motion to Withdraw,

**IT IS HEREBY ORDERED**, this __ day of May, 2011 that Ronald G. Poliquin, Esquire, shall be permitted to withdraw from the above-captioned matters. In the matter be stayed until ____, 2011.

_______________________________
JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No.: 1:10-Cv-00929-JCJ |
| | ) | |
| UPS SUPPLY CHAIN SOLUTIONS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of May, 2011, I caused one (1) copy of the foregoing Motion to Withdraw to be served upon the following parties via United States Mail, postage prepaid:

Paul A. Mallos, Esquire
JACKSON LEWIS LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209

Jason Scott
435 Balsam Drive
Dover, DE 19901

**LAW FIRM OF RONALD G. POLIQUIN, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
48 The Green
Dover, DE 19901
*Attorney for Plaintiff Jason Scott*