**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JASON SCOTT,<br>Plaintiff,<br>v.<br>UPS SUPPLY CHAIN SOLUTIONS,<br>Defendant, | CIVIL ACTION NO. 10-929-JCJ |

**RESPONSE TO PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**

Defendant, UPS Supply Chain Solutions, Inc. ("Defendant" or "UPS SCS"), by its undersigned counsel, hereby responds to the Motion to Withdraw filed by Plaintiff's counsel in the above-captioned matter, and states as follows:

1. In a telephonic conference before this Court on May 12, 2011, the parties stipulated that while discovery in this matter was nearly complete, the parties required a brief extension of the May 16, 2011 discovery deadline in order to take the deposition of a previously uncooperative nonparty witness, and to conclude all other pending fact discovery that previously had been noticed and served. The parties also stipulated that no further depositions would be noticed and no additional discovery would be served as a result of the requested extension, and that expert witness discovery should be suspended pending the outcome of the Court's disposition of any motion for summary judgment.

2. At the conclusion of the May 12, 2011 conference, the Court instructed the parties to submit a proposed Order consistent with these stipulations.

3. However, before the parties could provide the Court with a proposed Order, on May 13, 2011, Plaintiff's counsel notified Defendant of his intention to seek permission from the Court to withdraw as counsel for Plaintiff.

4. While Defendant does not oppose Plaintiff's counsel's request to withdraw from this matter, Defendant maintains that discovery should not be opened or extended to include any additional discovery beyond what was agreed to in the parties' May 12, 2011 conference with the Court, regardless of whether Plaintiff's counsel is permitted to withdraw from this case.

WHEREFORE, Defendant respectfully requests that when this Court rules on Plaintiff's counsel's Motion to Withdraw, the Court affirm that fact discovery shall proceed, as previously agreed by the parties, only for the purpose of taking the deposition of the previously uncooperative nonparty witness and the completion of any other discovery noticed or served between the parties on or before May 12, 2011.

*/s/ Lori A. Brewington*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant*
*UPS Supply Chain Solutions, Inc.*

OF COUNSEL:

Emmett F. McGee, Jr.
Paul A. Mallos
Jackson | Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2000

Dated: May 20, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of May, 2011, a copy of the foregoing Response to Plaintiff's Counsel's Motion to Withdraw was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following and also served as follows:

**VIA FIRST CLASS MAIL**

Ronald G. Poliquin, Esquire
1073 S. Governor's Ave.
Dover, Delaware 19904
(302) 674-2210

*/s/ Lori A. Brewington*
Lori A. Brewington (#4522)
Brewington@rlf.com