**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JASON SCOTT | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 1:10-CV-929-JCJ |
| UPS SUPPLY CHAIN SOLUTIONS | : |

**ORDER**

AND NOW, this 31st day of May, 2011, upon consideration of Plaintiff's Counsel's Motion to Withdraw (Doc. No. 31) and Defendant's Response thereto, and it appearing to the Court that just cause exists, it is hereby ORDERED that the Motion is GRANTED and Ronald G. Poliquin, Esquire is given leave to withdraw his appearance as counsel for Plaintiff Jason Scott.[1]

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.

[1] While the Court certainly understands defense counsel's desire to bring this matter to conclusion without further or undue delay, we decline to summarily preclude Plaintiff or any successor counsel that he may retain from taking further discovery should they believe it necessary. In the event that this issue should arise, however, defense counsel is free to file whatever motion they deem appropriate and the Court will consider it at that time.