IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JASON SCOTT : CIVIL ACTION 10-929

:

VS.

:

UPS SUPPLY CHAIN SOLUTIONS

**NOTICE**

AND NOW, this 8TH day of JUNE, 2011, it is Ordered that this matter is **SCHEDULED** for a TELEPHONE CONFERENCE in chambers before the Honorable J. Curtis Joyner, on, **JULY 7, 2011 at 3:00PM** in Room 17614 - 17TH FLOOR. (WHEN MR. POLIQUIN HAVE ALL PARTIES ON THE LINE CALL CHAMBERS AT 215-597-1537)

PS: If counsel is not available at this time and wish to reschedule that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST: or BY THE COURT

BY: S/SHARON CARTER
SHARON CARTER
Deputy Clerk

Judge

Civ 12 (9/83)