**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 1:10-CV-929-JCJ |
| UPS SUPPLY CHAIN SOLUTIONS | : | |

**ORDER**

AND NOW, this 20th day of July, 2011, following telephone conference call with Plaintiff and his former counsel, and this Court having previously entered an Order on May 31, 2011 granting the Motion of Ronald G. Poliquin, Esquire to withdraw his appearance as counsel for Plaintiff, it is hereby ORDERED that Plaintiff is GRANTED a period of thirty (30) days from the entry date of this Order to retain new counsel to represent him in this action.

BY THE COURT:

/s/ J. Curtis Joyner
J. CURTIS JOYNER, C.J.