**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JASON SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS,<br><br>Defendant, | CIVIL ACTION NO. 10-929-JCJ |

**NOTICE OF WITHDRAWAL**

Please withdraw the appearance of Paul Mallos as counsel for Defendant, UPS Supply Chain Solutions, in this matter. Emmett F. McGee of Jackson Lewis LLP and Richards, Layton & Finger, P.A., will continue to represent Defendant, UPS Supply Chain Solutions, in this action.

*/s/ Lori A. Brewington*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant*
*UPS Supply Chain Solutions, Inc.*

OF COUNSEL:

Emmett F. McGee, Jr.
Jackson | Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2000

Dated: August 1, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August, 2011, a copy of the foregoing Notice of Withdrawal was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following and also served as follows:

**VIA FIRST CLASS MAIL**

Jason Scott
435 Balsam Drive
Dover, Delaware 19901
*Pro Se Plaintiff*

*/s/ Lori A. Brewington*
Lori A. Brewington (#4522)
Brewington@rlf.com