RICHARDS LAYTON & FINGER

Lori A. Brewington
302-651-7689
Brewington@rlf.com

August 15, 2011

**VIA CM/ECF FILING**

The Honorable J. Curtis Joyner
United States District Court for the
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 17614
Philadelphia, PA 19106-1797

***Re: Scott v. UPS Supply Chain Solutions, Inc.
C.A. No. 10-929-JCJ***

Dear Judge Joyner:

This office represents UPS Supply Chain Solutions, Inc. in the above action. Pursuant to the scheduling order in this matter, the summary judgment deadline is September 20, 2011. However, on July 20, 2011, Your Honor entered an order giving plaintiff Jason Scott time until August 25, 2011 to retain new counsel in this action. (D.I. 37). For this reason, we are requesting clarification as to the remaining dates set forth on the Court's scheduling order, including the summary judgment deadline. UPS respectfully requests that the Court advise the parties whether the remaining dates on the Court's scheduling order are stayed until after the August 25, 2011 deadline for plaintiff to retain new counsel.

Respectfully,

*/s/ Lori A. Brewington*

Lori A. Brewington

LAB:kdm
cc Emmett F. McGee, Jr., Esquire (via email)
Mr. Jason Scott (via first class mail)