**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JASON SCOTT | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 1:10-CV-929-JCJ |
| UPS SUPPLY CHAIN SOLUTIONS | : |

**REVISED SCHEDULING ORDER**

AND NOW, this 17th day of August, 2011, upon consideration of Defense Counsel's letter request for clarification, it is hereby ORDERED that the Scheduling Order entered in this matter on February 22, 2011 is AMENDED as follows:

1. All discovery shall proceed and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by October 10, 2011.

2. All trial exhibits shall be marked and exchanged on or before October 24, 2011.

3. Plaintiff shall identify and submit Curriculum Vitae for all expert witnesses on or before October 10, 2011. Reports and/or responses to expert witness discovery for all such expert witnesses shall be served by plaintiff on defendant on or before October 28, 2011.

4. Defendant shall identify and submit Curriculum Vitae for all expert witnesses on or before October 10, 2011. Reports and/or responses to expert witness discovery for all such

expert witnesses shall be served by defendant on plaintiff on or before November 4, 2011.

5. ALL DAUBERT MOTIONS AND MOTIONS FOR SUMMARY JUDGMENT ARE DUE BY November 21, 2011. The parties are advised that courtesy copies of all motions are required to be sent to Chambers on the same date that they are filed or electronically filed with the Office of the Clerk of Court.

6. The parties shall prepare and file with the Clerk of Court their Joint Pretrial Memoranda, in accordance with this Order and Local Rule of Civil Procedure 16.1(c) and any and all motions in limine on or before December 5, 2011.

7. The case shall be placed in the Court's trial pool on January 3, 2012.

In all other respects, the remaining terms and conditions of this Court's original Scheduling Order of February 22, 2011 remain in full force and effect.

BY THE COURT:

s/J. Curtis Joyner

J. CURTIS JOYNER, C.J.