**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JASON SCOTT,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **C.A. No. 10-929-JCJ** |
| **UPS SUPPLY CHAIN SOLUTIONS, INC.** | ) | |
| **Defendant.** | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ariana Wright Arnold of Jackson | Lewis LLP, 2800 Quarry Lake Drive, Suite 200, Baltimore, MD 21209, (410) 415-2000, to represent Defendant UPS Supply Chain Solutions, Inc. in this matter.

OF COUNSEL:

Emmett F. McGee, Jr.
Jackson | Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2000

Dated: August 30, 2011

*/s/ Lori A. Brewington*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant*
*UPS Supply Chain Solutions, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED this ______ day of _______________, 2011 that counsel's motion for admission *pro hac vice* of Ariana Wright Arnold is GRANTED.

Dated:_________________________________ ________________________________________
United States District Judge

**CERTIFICATION BY COUNSEL**
**TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 30 2011

Ariana Arnold Wright
Jackson | Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
Ariana.Arnold@jacksonlewis.com
(410) 415-2000

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2011, I caused the foregoing document to be served, via **first-class U.S. mail**, postage prepaid, and electronically filed same with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Mr. Jason Scott
435 Balsam Drive
Dover, Delaware 19901

Robert T. Vance Jr.
100 South Broad Street, Suite 1530
Philadelphia, PA 19110

*/s/ Lori A. Brewington*
Lori A. Brewington (#4522)
Brewington@rlf.com