**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JASON SCOTT | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 10-929-JCJ |
| UPS SUPPLY CHAIN SOLUTIONS, INC. | : |
| | : |

**ORDER**

AND NOW, this 31st day of August, 2011, upon consideration of the Motion of Lori A. Brewington, Esquire for the Admission *Pro Hac Vice* of Ariana Wright Arnold, Esquire (Docket No. 41), and it appearing to the Court that the foregoing attorney is a member in good standing of the Bar of the State of Maryland, it is hereby ORDERED that the Motion is GRANTED and Ariana Wright Arnold, Esquire is admitted to practice *Pro Hac Vice* before this Court as co-counsel with Lori A. Brewington, Esquire on behalf of the Defendant for purposes of this action only and in accordance with Local Rule of Civil Procedure 83.6.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.