**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-929-JCJ |
| | ) | |
| UPS SUPPLY CHAIN SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 26, 2011, true and correct copies of (1) Defendant's Response to Plaintiff's First Set of Interrogatories, and (2) Defendant's Response to Plaintiff's First Request for Production of Documents were served in the manner indicated upon the following:

**VIA UPS NEXT DAY AIR**

Jason Scott
435 Balsam Drive
Dover, Delaware 19901
*Pro Se Plaintiff*

**VIA EMAIL**

Robert T. Vance Jr.
100 South Broad Street, Suite 1530
Philadelphia, PA 19110

OF COUNSEL:

Emmett F. McGee, Jr.
Ariana Wright Arnold
Jackson | Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2000

*/s/ Lori A. Brewington*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant*
*UPS Supply Chain Solutions, Inc.*

Dated: September 27, 2011