**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JASON SCOTT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No. 10-929-JCJ** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UPS SUPPLY CHAIN SOLUTIONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

Upon consideration of Defendant's Motion to Extend Discovery and Defer Certain Other Deadlines, any response, and the entire record in this case,

IT IS HEREBY ORDERED, this _____ day of _____________, 2011 that the Motion is GRANTED; and it is further

ORDERED, that:

(1) Additional discovery shall be limited to that already issued or noticed;

(2) Such discovery shall be completed by November 30, 2011;

(3) Motions for summary judgment shall be filed on or before December 30, 2011;

(4) All other deadlines as set forth in the Court's August 17, 2011 Scheduling order are hereby DEFERRED until after resolution of any motions for summary judgment.

______________________________
United States District Judge