**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JASON SCOTT | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 1:10-CV-929-JCJ |
| UPS SUPPLY CHAIN SOLUTIONS | : |

**ORDER**

AND NOW, this 19th day of October, 2011, upon consideration of Defendant's Motion to Extend Discovery and Defer Certain Other Deadlines and it appearing to the Court that the Motion is uncontested and that good cause exists for the relief requested, it is hereby ORDERED that the Motion is GRANTED and the deadlines previously established by this Court are modified as follows:

1. All discovery shall proceed and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by November 30, 2011.

2. All trial exhibits shall be marked and exchanged on or before December 14, 2011.

3. Plaintiff shall identify and submit Curriculum Vitae for all expert witnesses on or before November 30, 2011. Reports and/or responses to expert witness discovery for all such expert witnesses shall be served by plaintiff on defendant on or before December 19, 2011.

4. Defendant shall identify and submit Curriculum Vitae for all expert witnesses on or before November 30, 2011. Reports and/or responses to expert witness discovery for all such

expert witnesses shall be served by defendant on plaintiff on or before December 28,2011.

5. ALL MOTIONS FOR SUMMARY JUDGMENT ARE DUE BY January 5, 2012.

6. The deadlines for filing Daubert motions, motions in limine, exchanging trial exhibits, filing pre-trial memoranda and other pre-trial materials and for placement in the Court's trial pool are EXTENDED for a period of fourteen (14) days after the Court issues its ruling on the parties' motions for summary judgment. In the event that neither party files a motion for summary judgment, the deadlines for all pre-trial motions and other required filings shall be extended to January 26, 2012 and the case shall be placed in the Court's trial pool on February 9, 2012.

7. In all other respects, the terms and conditions of this Court's previous Scheduling Orders shall remain in full force and effect.

BY THE COURT:

s/J. Curtis Joyner

J. CURTIS JOYNER, C.J.