IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON SCOTT, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-929-JCJ |
| UPS SUPPLY CHAIN SOLUTIONS, | : | |
| Defendant. | : | |

**MOTION OF ROBERT T. VANCE, JR., ESQUIRE TO WAIVE LOCAL CIVIL RULE 83.5 AND TO BE ADMITTED *PRO HAC VICE* TO REPRESENT PLAINTIFF JASON SCOTT**

Pursuant to Local Rule 83.5, Robert T. Vance, Jr., Esquire, hereby moves the Court to waive the requirements of Local Civil Rule 83.5, and in support thereof avers as follows:

1. This is an employment discrimination case in which Plaintiff, Jason Scott, alleges that his employment with Defendant was terminated because of his sexual orientation. At the time the Complaint was filed, Scott was represented by Ronald G. Poliquin, Esquire.

2. On May 31, 2011, the Court entered an order granting Scott's counsel's motion to withdraw.

3. On August 17, 2011, the Court entered a Revised Scheduling Order which provided, inter alia, that all discovery be completed by October 10, 2011.

4. On or about August 25, 2011, Scott retained Robert T. Vance, Jr., Esquire to represent him in this case. Vance is not admitted to practice in the State of Delaware or this Court.

5. Since August 25, 2011, Vance has attempted unsuccessfully to associate with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel").

6. On October 19, 2011, in part because Vance was unable to associate with Delaware counsel, the Court issued an Order amending the Revised Scheduling Order which provided, inter alia, that all discovery be completed by November 30, 2011.

7. Vance understands that the remaining discovery in this case includes Plaintiff providing information in response to defendant's discovery requests and the depositions of a few defense witnesses. Scott is unable to complete discovery without the assistance of an attorney.

8. If the Court waives the requirements of Local Civil Rule 83.5, Scott will be able to complete discovery and the pretrial deadlines established in the October 19, 2011 Order will not need to be extended.

9. It would serve the best interests of the parties and would further judicial economy and efficiency if the Court were to grant this Motion. Despite the obvious benefit to granting this Motion, defendant opposes this Motion.

10. Because of the pending discovery deadline of November 30, 2011, Vance requests that the Court give this Motion expedited consideration.

11. In furtherance of this Motion, Vance has attached the Certification by Counsel to be Admitted Pro Hac Vice.

WHEREFORE, Robert T. Vance, Jr., Esquire, respectfully requests that the Court grant this Motion and enter an Order in the form submitted.

Dated: October 31, 2011

Robert T Vance Jr
Law Offices of Robert T Vance Jr
Suite 1530 Land Title Building
100 South Broad Street
Philadelphia PA 19110
215 557 9550
215 557 9552 fax
rvance@vancelf.com

Attorney for Jason Scott

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON SCOTT, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-929-JCJ |
| UPS SUPPLY CHAIN SOLUTIONS, | : | |
| Defendant. | : | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office at the time directed by the Court.

Dated: October 31, 2011

Robert T Vance Jr
Law Offices of Robert T Vance Jr
Suite 1530 Land Title Building
100 South Broad Street
Philadelphia PA 19110
215 557 9550
215 557 9552 fax
rvance@vancelf.com

Certificate of Service

I hereby certify that a copy of this Motion has been served on the following counsel of record on October 31, 2011, by email and first class mail, postage prepaid:

Lori A. Brewington
Richards, Layton & Finger
920 N. King Street
Wilmington DE 19801
brewington@rlf.com

Emmett F. McGee, Jr.
Jackson Lewis LLP
2800 Quarry Lake Drive, Suite 200
Baltimore MD 21209

Robert T Vance Jr
Attorney for Jason Scott

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON SCOTT, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-929-JCJ |
| UPS SUPPLY CHAIN SOLUTIONS, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this _____ day of ________, 2011, upon consideration of the Motion of Robert T. Vance, Jr., Esquire to Waive Local Civil Rule 83.5 and to be Admitted *Pro Hac Vice* to Represent Plaintiff Jason Scott, and any answer thereto, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Robert T. Vance, Jr., is hereby admitted *pro hac vice* to represent Plaintiff Jason Scott in this action and that in accordance with Standing Order for District Court Fund effective 1/1/05, he shall submit to the Clerk's Office within five (5) days the annual fee of $25.00.

BY THE COURT:

______________________________
Joyner, J.