IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No.: 10-929-JCJ |
| | ) | |
| UPS SUPPLY CHAIN SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Andrew M Lukashunas, of The Lyons Law Firm and hereby enters his appearance as counsel of record on behalf of Plaintiff Jason Scott.

Andrew M. Lukashunas - 5115
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 777-5698
Attorney for Plaintiff

Dated: November 30, 2011