IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No.: 10-929-JCJ |
| | ) | |
| UPS SUPPLY CHAIN SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES**

NOW COMES THE PLAINTIFF, Jason Scott, by and through counsel, and asks the court for an order extending the discovery deadlines in this matter. This motion is based on the following facts:

1. Pursuant to the Court's Order dated October 19, 2011 (D.I. 45), all discovery in this matter is to be completed by today, November 30, 2011.

2. Plaintiff was previously represented by Ronald G. Poliquin. Mr. Poliquin withdrew from this matter. Plaintiff has engaged Robert T. Vance to represent him in connection with this matter. Mr. Vance has had difficulty acquiring Delaware counsel and had filed a motion to waive Local Rule 83.5. (D.I. 46) This motion has not yet been ruled on.

3. Local counsel has now been retained for the Plaintiff, and counsel has entered his appearance today.

4. Plaintiff has additional discovery to complete and depositions to schedule. Thus, Plaintiff would requests discovery deadline extensions, as attached in the proposed order, in order to accommodate the completion of discovery in this matter.

5. Plaintiff understands that the Defendant's position is the same as set forth in their September 29, 2011 motion (D.I. 44), namely that a discovery extension should be limited to that

discovery already noticed or scheduled.

WHEREFORE based on the facts of this motion, Plaintiff requests a that the discovery deadlines set in the Court's Order of October 19, 2011, be extended by thirty (30) days and enter the attached proposed order.

Andrew M. Lukashunas - 5115
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 777-5698
Attorney for Plaintiff

Dated: November 30, 2011