IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON SCOTT, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-929-RGA |
| UPS SUPPLY CHAIN SOLUTIONS, | : | |
| Defendant. | : | |

**ORDER SETTING RULE 16(b) CONFERENCE**

IT IS HEREBY ORDERED that:

1. A scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Friday, December 9, 2011, at 10:00 a.m.**, in Courtroom 2A of the Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Parties shall use the "Initial Rule 16 Order (non-patent)" form of order, available on the Court's website, for the purpose of being prepared to provide the Court with agreed-upon dates and discovery limitations.

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-4583.

Dec. 1, 2011
Date

Richard G. Andrews
United States District Judge