# Exhibit 1

RICHARDS LAYTON & FINGER

Lori A. Brewington
302-651-7589
Brewington@rlf.com

May 10, 2011

**VIA FACSIMILE**

The Honorable J. Curtis Joyner
United States District Court for the
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 17614
Philadelphia, PA 19106-1797

***Re:*** ***Scott v. UPS Supply Chain Solutions, Inc.***
***C.A. No. 10-929-JCJ***

Dear Judge Joyner:

Counsel for Plaintiff and counsel for Defendant have conferred and would like to schedule a brief telephone conference with the Court in order to respectfully request: (i) a three-week extension of the current May 16, 2011 discovery deadline in the above-referenced matter, and (ii) that expert witness discovery be held in abeyance pending the Court's disposition of any motion for summary judgment.

The parties have engaged in good faith and cooperative discovery efforts to date, but feel a brief extension is necessary in order to complete the depositions of certain nonparty witnesses whom, to date, have not been entirely cooperative. No additional depositions would be noticed, and no further discovery requests would be served.

Please have the Court's Deputy Clerk inform me if you are amenable to such a call. Thank you very much for your consideration of this request.

Respectfully,

Lori A. Brewington (4522)
Brewington@rlf.com

LAB/kdm
cc: Ronald G. Poliquin, Esquire (via email)
Paul A. Mallos, Esquire (via email)

# Exhibit 2

**From:** Mallos, Paul A. (Baltimore)
**Sent:** Friday, May 13, 2011 11:31 AM
**To:** ron@ronpoliquin.com
**Cc:** McGee, Emmett F., Jr. (Baltimore); Brewington, Lori A.
**Subject:** Jason Scott v. UPS Supply Chain Solutions - Motion to Withdraw as Counsel
**Importance:** High

Ron,

This will confirm our conversation this morning wherein you informed me that :

(1) you intend to file with the court today a motion to withdraw as counsel for Jason Scott (Defendant does not oppose that motion);
(2) you have cancelled the depositions of Sherri O'Connell and Heidi Maslin, currently noticed for Monday, May 16, 2011; and
(3) you are extending the deadlines for Defendant to serve Responses to Plaintiff's First Request for Production of Documents (currently May 16, 2011) and, if necessary, Defendant to serve Responses to Plaintiff's First Set of Interrogatories (currently May 31, 2011) to a reasonable period of time after the Court rules on your motion to withdraw as counsel.

Please let me know today if any of the foregoing is inconsistent with your understanding of our conversation.

Thanks,
Paul

Paul A. Mallos
**Jackson | Lewis LLP**
2800 Quarry Lake Drive
Suite 200
Baltimore, MD 21209

410.415.2006 Direct
410.415.2000 Main
410.530.7285 Mobile
410.415.2001 Fax

paul.mallos@jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

# Exhibit 3

RTV

Robert T. Vance, Jr.*
Robert H. Bembry, III*˜
Angelo L. Cameron*
Sheilah D. Vance*
Giovanni O. Campbell*
Althia O. Bennett*
* Of Counsel
˜ Also admitted in New Jersey
* Also admitted in DC

LAW OFFICES OF ROBERT T. VANCE, JR.
100 South Broad Street, Suite 1530
Philadelphia, PA 19110
215.557.9550 F 215.557.9552
rvance@vancelf.com

August 25, 2011
By fax and first class mail

Honorable J. Curtis Joyner
Room 17614 U.S. Courthouse
601 Market Street
Philadelphia PA 19106

Re: *Scott v. UPS Supply Chain Solutions, Inc.*
U.S.D.C., D. Del., Civil Action No. 10-929

Dear Judge Joyner:

I am writing to inform Your Honor that I will be entering my appearance in the above case on behalf of Plaintiff Jason Scott during the week of August 29, 2011, when I expect to secure local counsel. Thank you.

Respectfully,

Robert T Vance Jr

cc: Lori A. Brewington
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington DE 19801
(by email and first class mail)

# Exhibit 4

**Arnold, Ariana Wright (Baltimore)**

**From:** McGee, Emmett F., Jr. (Baltimore)
**Sent:** Monday, August 29, 2011 4:20 PM
**To:** rtvance@aol.com; rvance@vancelf.com
**Cc:** McGee, Emmett F., Jr. (Baltimore); Arnold, Ariana Wright (Baltimore)
**Subject:** Jason Scott v. UPS Supply Chain Solutions, Inc.

Mr. Vance:

I am writing as a follow-up to the telephone message that I left for you. Please call me at your earliest opportunity so that we can discuss concluding discovery.

I look forward to hearing from you.

Emmett

Emmett F. McGee Jr.
Attorney at Law
Jackson | Lewis **LLP**
2800 Quarry Lake Drive
Suite 200
Baltimore, MD 21209

410.415.2003 Direct
410.340.9059 Mobile
410.415.2001 Fax
410.415.2000 Main

emmett.mcgee@jacksonlewis.com
www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Arnold, Ariana Wright (Baltimore)**

**From:** McGee, Emmett F., Jr. (Baltimore)
**Sent:** Tuesday, September 06, 2011 4:34 PM
**To:** rtvance@aol.com; rvance@vancelf.com
**Cc:** Arnold, Ariana Wright (Baltimore); McGee, Emmett F., Jr. (Baltimore)
**Subject:** RE: Jason Scott v. UPS Supply Chain Solutions, Inc.

Mr. Vance:

I was hoping to have heard from you by now. I left another telephone voice message for you today. Please call me at your earliest opportunity so that we can discuss concluding discovery in the above-referenced case.

I look forward to hearing from you.

Emmett

Emmett F. McGee Jr.
Attorney at Law
**Jackson | Lewis LLP**
2800 Quarry Lake Drive
Suite 200
Baltimore, MD 21209

410.415.2003 Direct
410.340.9059 Mobile
410.415.2001 Fax
410.415.2000 Main

emmett.mcgee@jacksonlewis.com
www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

---

**From:** McGee, Emmett F., Jr. (Baltimore)
**Sent:** Monday, August 29, 2011 4:20 PM
**To:** rtvance@aol.com; rvance@vancelf.com
**Cc:** McGee, Emmett F., Jr. (Baltimore); Arnold, Ariana Wright (Baltimore)
**Subject:** Jason Scott v. UPS Supply Chain Solutions, Inc.

**Arnold, Ariana Wright (Baltimore)**

| | |
|---|---|
| **From:** | McGee, Emmett F., Jr. (Baltimore) |
| **Sent:** | Friday, September 09, 2011 5:20 PM |
| **To:** | rtvance@aol.com; rvance@vancelf.com |
| **Cc:** | Arnold, Ariana Wright (Baltimore); McGee, Emmett F., Jr. (Baltimore) |
| **Subject:** | RE: Jason Scott v. UPS Supply Chain Solutions, Inc. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Mr. Vance:

I called your office again today and left another message for you. Please respond. If you are going to be representing Mr. Scott, we need to discuss concluding discovery. If you are not going to be representing Mr. Scott, I need to know that also.

I look forward to hearing from you.

Emmett

Emmett F. McGee Jr.
Attorney at Law
**Jackson | Lewis LLP**
2800 Quarry Lake Drive
Suite 200
Baltimore, MD 21209

410.415.2003 Direct
410.340.9059 Mobile
410.415.2001 Fax
410.415.2000 Main

emmett.mcgee@jacksonlewis.com
www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

---

**From:** McGee, Emmett F., Jr. (Baltimore)
**Sent:** Tuesday, September 06, 2011 4:34 PM
**To:** rtvance@aol.com; rvance@vancelf.com

**Arnold, Ariana Wright (Baltimore)**

**From:** McGee, Emmett F., Jr. (Baltimore)
**Sent:** Thursday, September 15, 2011 4:51 PM
**To:** rtvance@aol.com
**Cc:** McGee, Emmett F., Jr. (Baltimore); Arnold, Ariana Wright (Baltimore)
**Subject:** RE: Jason Scott v. UPS Supply Chain Solutions, Inc.

Mr. Vance:

Are you going to enter your appearance as counsel for Jason Scott? We have some responses to written discovery that we want to send him, but I need to know to whom we should send the responses.

I think we probably only need to take one fact witness deposition. We probably will need to take the depositions of Mr. Scott's treating physician and mental health counselor, but we would be willing to defer those depositions until after the resolution of the motion for summary judgment if the plaintiff and the court agree.

I also believe that Mr. Scott owes us some supplementation of his responses to written discovery.

Emmett

---

**From:** rtvance@aol.com [mailto:rtvance@aol.com]
**Sent:** Thursday, September 15, 2011 3:42 PM
**To:** McGee, Emmett F., Jr. (Baltimore)
**Subject:** Re: Jason Scott v. UPS Supply Chain Solutions, Inc.

Emmett,

My understanding is that 2-3 depositions remain to be taken. Do you agree?

Robert

Sent from my Verizon Wireless BlackBerry

---

**From:** "McGee, Emmett F., Jr. (Baltimore)" <Emmett.McGee@jacksonlewis.com>
**Date:** Mon, 29 Aug 2011 16:20:07 -0400
**To:** rtvance@aol.com<rtvance@aol.com>; rvance@vancelf.com<rvance@vancelf.com>
**Cc:** McGee, Emmett F., Jr. (Baltimore)<Emmett.McGee@jacksonlewis.com>; Arnold, Ariana Wright (Baltimore)<Ariana.Arnold@jacksonlewis.com>
**Subject:** Jason Scott v. UPS Supply Chain Solutions, Inc.

Mr. Vance:

**Arnold, Ariana Wright (Baltimore)**

**From:** McGee, Emmett F., Jr. (Baltimore)
**Sent:** Monday, September 19, 2011 3:26 PM
**To:** rtvance@aol.com
**Cc:** Arnold, Ariana Wright (Baltimore); McGee, Emmett F., Jr. (Baltimore)
**Subject:** RE: Jason Scott v. UPS Supply Chain Solutions, Inc.

Mr. Vance:

As stated in my September 15th email below, please let me know if you are representing Jason Scott in this litigation. We have responses to written discovery, and we need to know to whom we should send those responses. I look forward to hearing from you at your earliest opportunity.

Emmett

**From:** McGee, Emmett F., Jr. (Baltimore)
**Sent:** Thursday, September 15, 2011 4:51 PM
**To:** rtvance@aol.com
**Cc:** McGee, Emmett F., Jr. (Baltimore); Arnold, Ariana Wright (Baltimore)
**Subject:** RE: Jason Scott v. UPS Supply Chain Solutions, Inc.

Mr. Vance:

Are you going to enter your appearance as counsel for Jason Scott? We have some responses to written discovery that we want to send him, but I need to know to whom we should send the responses.

I think we probably only need to take one fact witness deposition. We probably will need to take the depositions of Mr. Scott's treating physician and mental health counselor, but we would be willing to defer those depositions until after the resolution of the motion for summary judgment if the plaintiff and the court agree.

I also believe that Mr. Scott owes us some supplementation of his responses to written discovery.

Emmett

**From:** rtvance@aol.com [mailto:rtvance@aol.com]
**Sent:** Thursday, September 15, 2011 3:42 PM
**To:** McGee, Emmett F., Jr. (Baltimore)
**Subject:** Re: Jason Scott v. UPS Supply Chain Solutions, Inc.

Emmett,

My understanding is that 2-3 depositions remain to be taken. Do you agree?

**Arnold, Ariana Wright (Baltimore)**

**From:** McGee, Emmett F., Jr. (Baltimore)
**Sent:** Tuesday, September 27, 2011 8:35 AM
**To:** rtvance@aol.com; rvance@vancelf.com
**Cc:** Arnold, Ariana Wright (Baltimore); McGee, Emmett F., Jr. (Baltimore)
**Subject:** RE: Jason Scott v. UPS Supply Chain Solutions, Inc.

Mr. Vance:

I ask you once again to please confirm whether or not you are representing Jason Scott in this case. There are a number of issues to address concerning discovery and scheduling, and I need to know who, if anyone, is representing Mr. Scott so I can discuss those issues with Mr. Scott's counsel.

Your prompt response would be appreciated.

Emmett

Emmett F. McGee Jr.
Attorney at Law
**Jackson | Lewis LLP**
2800 Quarry Lake Drive
Suite 200
Baltimore, MD 21209

410.415.2003 Direct
410.340.9059 Mobile
410.415.2001 Fax
410.415.2000 Main

emmett.mcgee@jacksonlewis.com
www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**From:** Arnold, Ariana Wright (Baltimore)
**Sent:** Monday, September 26, 2011 6:19 PM
**To:** rtvance@aol.com
**Cc:** McGee, Emmett F., Jr. (Baltimore); Lori Simpson
**Subject:** Jason Scott v. UPS Supply Chain Solutions, Inc.

Attached please find a courtesy copy of the Defendant's written Responses to the Plaintiff's Interrogatories and Requests for Production of Documents.

# Exhibit 5

**Arnold, Ariana Wright (Baltimore)**

| | |
|---|---|
| **From:** | Brewington, Lori A. [Brewington@RLF.com] |
| **Sent:** | Friday, September 30, 2011 12:44 PM |
| **To:** | Arnold, Ariana Wright (Baltimore) |
| **Cc:** | McGee, Emmett F., Jr. (Baltimore) |
| **Subject:** | FW: Scott v. UPS |

Below please find email correspondence I received today from Mr. Vance.

Thank you,

Lori A. Brewington
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Direct Dial: (302)651-7689
Direct Fax: (302)498-7689
Brewington@rlf.com

Richards, Layton and Finger, P.A. is not providing any advice with respect to any federal tax issue in connection with this matter.

The information contained in this e-mail message is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

**From:** rvance@vancelf.com [mailto:rvance@vancelf.com]
**Sent:** Friday, September 30, 2011 11:58 AM
**To:** Brewington, Lori A.
**Subject:** Scott v. UPS

Ms. Brewington,

I received Defendant's Motion to Extend Discovery, etc., and do not oppose the relief you have requested. I have not entered my appearance to date because local counsel has been out of the country since September 14 and will be returning today. I expect to file the appropriate pro hac vice motion and enter my appearance on Monday. Thank you.

Robert T Vance Jr

# Exhibit 6

**Arnold, Ariana Wright (Baltimore)**

| | |
|---|---|
| **From:** | Arnold, Ariana Wright (Baltimore) |
| **Sent:** | Monday, October 17, 2011 5:51 PM |
| **To:** | 'rvance@vancelf.com' |
| **Cc:** | McGee, Emmett F., Jr. (Baltimore); 'Brewington, Lori A.' |
| **Subject:** | Jason Scott v. UPS - Pending motion to extend/ defer deadlines |

Mr. Vance, please provide an update as to your intent to represent Mr. Scott in this matter.

As we discussed on the phone, Defendant has filed a motion to extend and defer certain deadlines. The deadline for filing a response to that motion was today.


______________________________

Ariana Wright Arnold
Attorney at Law
**Jackson | Lewis LLP**
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
410.415.2054
ariana.arnold@jacksonlewis.com
www.jacksonlewis.com


*Representing management exclusively in workplace law and related litigation.*