UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Jason Scott** | : | |
| | : | |
| **v.** | : | **Civil Action No. 10-929-RGA** |
| | : | |
| **UPS Supply Chain Solutions** | : | |

**STIPULATION TO MODIFY THE SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED this January 18, 2012, by and between Andrew M. Lukashunas, Esquire, and Robert T. Vance, Jr., Esquire, pro hac vice, Attorneys for the Plaintiff, and Lori A. Brewington, Esquire and Ariana Wright Arnold, Esquire, pro hac vice, Attorneys for the Defendant, that the Scheduling Order dated December 9, 2012, shall be modified as follows:

1. All factual discovery shall be completed on or before January 30, 2011.

2. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before March 1, 2012.

3. In all other respects, the Scheduling Order dated December 9, 2012 shall remain unchanged.

/s/ Andrew M. Lukashunas, Esq.
Andrew M. Lukashunas, Esquire
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington DE 19899
302-777-5698

and

Robert T. Vance, Jr., Esquire, *pro hac vice*
Law Offices of Robert T Vance Jr
100 South Broad Street, Suite 1530

/s/ Lori A. Brewington, Esq.
Lori A. Brewington, Esquire
Richards Layton & Finger
One Rodney Square, 920 North King Street
Wilmington DE 19899
302-651-7689

and

Ariana Wright Arnold, Esquire, *pro hac vice*
Jackson Lewis LLP
2800 Quarry Lake Drive, Suite 200

Philadelphia PA 19110
215-557-9550

*Attorneys for the Plaintiff*

Baltimore MD 21209
410-415-2054

*Attorneys for the Defendant*

SO ORDERED:

_______________________________ J.

Dated: ________________________