IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS,<br><br>Defendant. | ) | C.A. NO. 10-cv-929-RGA |

**DECLARATION OF LORI A. BREWINGTON**

LORI A. BREWINGTON declares as follows:

1. I am a member of the Bar of the State of Delaware and associated with the law firm Richards, Layton & Finger, P.A., counsel for defendant UPS Supply Chain Solutions ("UPS") in the above captioned action. I submit this Declaration in support of the Memorandum in Support of Defendant's Motion for Summary Judgment.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of UPS SCS Agreement with Kelly Services.

3. Attached to this Declaration as Exhibit 2 is a true and correct copy of UPS SCS Policies.

4. Attached to this Declaration as Exhibit 3 is a true and correct copy of Job Description, 3rd Party Collections Specialist.

5. Attached to this Declaration as Exhibit 4 is a true and correct copy of Organizational Chart, UPS/SCS Newark, DE.

6. Attached to this Declaration as Exhibit 5 is a true and correct copy of portions of Kelly Services, Jason Scott Employee Record.

7. Attached to this Declaration as Exhibit 6 is a true and correct copy of Scott 2009 Attendance Records & Related Email Messages, UPS SCS.

8. Attached to this Declaration as Exhibit 7 is a true and correct copy of Fax from SCS to Kelly Services re Scott Time Records from September 11, 2009.

9. Attached to this Declaration as Exhibit 8 is a true and correct copy of Scott Discovery Responses.

10. Attached to this Declaration as Exhibit 9 is a true and correct copy of Affidavit of Sherri O'Connell, February 29, 2012.

11. Attached to this Declaration as Exhibit 10 is a true and correct copy of Affidavit of Heidi Maslin, February 29, 2012.

12. Attached to this Declaration as Exhibit 11 is a true and correct copy of Affidavit of Kim Kohler, February 29, 2012.

13. Attached to this Declaration as Exhibit 12 is a true and correct copy of Affidavit of Terri Hinderer, February 29, 2012 (& Floor plan).

14. Attached to this Declaration as Exhibit 13 is a true and correct copy of Affidavit of Tasha Horace, May 16, 2011.

15. Attached to this Declaration as Exhibit 14 is a true and correct copy of Affidavit of Kirk Slaughter, April 12, 2011.

16. Attached to this Declaration as Exhibit 15 is a true and correct copy of Nikkii Pinkett, April 8, 2011.

17. Attached to this Declaration as Exhibit 16 is a true and correct copy of Affidavit of Janet Evangelista, March 16, 2011.

18. Attached to this Declaration as Exhibit 17 is a true and correct copy of Deposition of Sherri O'Connell, January 30, 2012.

19. Attached to this Declaration as Exhibit 18 is a true and correct copy of Deposition of Heidi Maslin, January 30, 2012.

20. Attached to this Declaration as Exhibit 19 is a true and correct copy of Deposition of Kim Kohler, January 30, 2012.

21. Attached to this Declaration as Exhibit 20 is a true and correct copy of Deposition of Tasha Horace, January 30, 2012.

22. Attached to this Declaration as Exhibit 21 is a true and correct copy of Deposition of Nikkii Pinkett, January 30, 2012.

23. Attached to this Declaration as Exhibit 22 is a true and correct copy of Deposition of Janet Evangelista, January 30, 2012.

24. Attached to this Declaration as Exhibit 23 is a true and correct copy of Deposition of Kirk Slaughter, January 30, 2012.

25. Attached to this Declaration as Exhibit 24 is a true and correct copy of Deposition of Paola Carazo, January 30, 2012.

26. Attached to this Declaration as Exhibit 25 is a true and correct copy of Deposition of Jason Scott, May 5, 2011.

27. Attached to this Declaration as Exhibit 26 is a true and correct copy of Deposition of Vonda Bynum, May 9, 2011.

28. Attached to this Declaration as Exhibit 27 is a true and correct copy of Deposition of Toni Shepperson, January 5, 2012.

29. Attached to this Declaration as Exhibit 28 is a true and correct copy of Deposition of Myron Giddens, May 9, 2011.

30. Attached to this Declaration as Exhibit 29 is a true and correct copy of DB Discharge Notice (2008).

31. Attached to this Declaration as Exhibit 30 is a true and correct copy of O'Connell Email to Manpower re TS Assignment (2009).

32. Attached to this Declaration as Exhibit 31 is a true and correct copy of AS Discharge Notice (2011).

33. Attached to this Declaration as Exhibit 32 is a true and correct copy of Scott Unemployment Benefits Documentation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 1st day of March, 2012 in Wilmington, Delaware.

Dated: Wilmington, Delaware
March 1, 2012

Lori A. Brewington (#4522)

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2012, true and correct copies of Declaration of Lori A. Brewington was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert T. Vance, Jr.
100 South Broad Street, Suite 1530
Philadelphia, PA 19110
(215) 557-9550
fx(215) 557-9552
Email:Rvance@vancelf.com

Andrew Lukashunas
The Lyons Law Firm
1526 Gilpin Avenue
P.O. Box 579
Wilmington, DE 19899
(302) 777-5698
Fx(302) 777-5051
Email: alukashunas@lyonslaw.com

*/s/ Lori A. Brewington*
Lori A. Brewington

*Counsel for Defendant,*
*UPS Supply Chain Solutions, Inc.*