UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Jason Scott | : | |
| | : | |
| v. | : | Civil Action No. 10-929-RGA |
| | : | |
| UPS Supply Chain Solutions | : | |

**STIPULATION AND ORDER TO ENLARGE THE TIME FOR PLAINTIFF TO ANSWER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED this March 19, 2012, by and between Andrew M. Lukashunas, Esquire and Robert T. Vance, Jr., Esquire, *pro hac vice*, Attorneys for the Plaintiff, and Lori A. Brewington, Esquire and Ariana Wright Arnold, Esquire, *pro hac vice*, Attorneys for the Defendant, that the time for Plaintiff to answer Defendant's Motion for Summary Judgment shall be enlarged to and including March 21, 2012.

/s/ Andrew M. Lukashunas
Andrew M. Lukashunas, Esquire
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington DE 19899
302-777-56987

and

/s/ Lori A. Brewington
Lori A. Brewington, Esquire
Richards Layton & Finger
One Rodney Square, 920 N. King Street
Wilmington DE 19899
302-651-7689

and

Robert T. Vance, Jr., Esquire
Law Offices of Robert T Vance Jr
Suite 1530 Land Title Building
100 South Broad Street
Philadelphia PA 19110
215-557-9550

*Attorneys for the Plaintiff*

Ariana Wright Arnold, Esquire
Jackson Lewis LLP
2800 Quarry Lake Drive
Suite 200
Baltimore MD 21209
410-415-2054

*Attorneys for the Defendant*

SO ORDERED:

______________________________ J.

Dated: ______________________