**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT | : | |
| | : | |
| v. | : | Civil Action No. 10-cv-929-RGA |
| | : | |
| UPS SUPPLY CHAIN SOLUTIONS | : | |

**PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Jason Scott, by its undersigned counsel, hereby answers Defendant's Motion for Summary Judgment, denying that there is any basis to grant summary judgment in favor of defendant. The grounds in support of this Answer are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Plaintiff, Jason Scott, respectfully requests that the Court deny Defendant's Motion for Summary Judgment.

Respectfully submitted,

*s/Andrew Lukashunas*
Andrew Lukashunas
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington DE 19899
302.777.5698 tel
302.777.5051 fax
alukashunas@lyonslaw.com

Robert T Vance Jr, Esq. (pro hac vice)
Law Offices of Robert T Vance Jr
Suite 1530 Land Title Building
100 South Broad Street
Philadelphia PA 19110
215.557.9550 tel
215.557.9552 fax
rvance@vancelf.com

*Attorneys for the Plaintiff*

**Certificate of Service**

I hereby certify that on this 21st day of March, 2012, Plaintiff's Answer to Defendant's Motion for Summary Judgment was filed electronically through the Court's CM/ECF system, which will send notification of said filing to the following counsel of record:

Jennifer C. Jauffret
Lori A. Brewington
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington DE 19801
302.651.7700
jauffret@rlf.com
brewington@rlf.com

Emmett F. McGee, Jr.
Ariana Wright Arnold
Jackson Lewis LLP
2800 Quarry Lake Drive
Suite 200
Baltimore MD 21209
410.415.2054
emmett.mcgee@jacksonlewis.com
ariana.arnold@jacksonlewis.com

*s/Andrew Lukashunas*
Andrew Lukashunas

*Attorney for Jason Scott*