IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No.: 10-929-RGA |
| | ) | |
| UPS SUPPLY CHAIN SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that David Jay Lyons, Esquire of The Lyons Law Firm enters his appearance on behalf of Plaintiff Jason Scott; and Andrew Lukashunas, Esquire of The Lyons Law Firm, withdraws his appearance in the above captioned matter.

/s/ David J. Lyons
David Jay Lyons - 2341
The Lyons Law Firm
1526 Gilpin Avenue
P. O. Box 579
Wilmington, DE 19899
(302) 777-5698
Attorney for Plaintiff Jason Scott

Dated: May 21, 2012

/s/ Andrew M. Lukashunas
Andrew M. Lukashunas - 5115
The Lyons Law Firm
1526 Gilpin Avenue
P. O. Box 579
Wilmington, DE 19899
(302) 777-5698

Dated: May 21, 2012