IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 10-929-RGA |

**JUDGMENT IN A CIVIL CASE**

For reasons set forth in the Court's Memorandum Opinion and Order dated June 5, 2012;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant and against plaintiff.

Richard G. Andrews
United States District Judge

Dated: 6-5-2012

Nicole M Selmyer
(By) Deputy Clerk