December 1, 2015

Jason Scott
435 Balsam Drive
Dover, DE 19901

United States District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 18
Wilmington, DE 19801-3570

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2015 DEC -2 PM 3: 39

Clerks of the Court,

Re: Case Number 10-929
Scott v. UPS/Supply Chain Solutions

During my phone conversation on Monday, November 30, 2015 I received additional information to proceed with the above case mentioned. I'm writing to request that my case be reopened. I have attached the newly discovered evidence which is important enough to change the result in the case Scott v. UPS. According to numerous resources I'm being advised this case requires a substantial weight review and remand.

Below you will see my story that I recently submitted to EEOC. I have also contacted state and federal agencies to advise them of the negligence in this case conducted by state personnel. Feel free to contact me so we can discuss next steps.

Thanking you in advance,

Mr. Scott



Jane E (1/2):
I hea[illegible] on September [illegible] after [illegible] fired [illegible] Sherri [illegible] rid of [illegible]
because u were [illegible] and she [illegible] the gay [illegible]

Jason Scott
435 Balsam Dr.
Dover, DE 19901
(302) 423-6338

Mr. Nick Inzeo, Director
Office of Field Management Programs
Equal Employment Opportunity Commission
131 M Street, NE
Forth Floor Suite 4NW02F
Washington, DC 20507

Dear Mr. Inzeo,

I reviewed some of the documents and came across your contact information along with an email regarding the protections of LGBT discrimination. I would like to schedule a meeting with you around this devastating topic and plan accordingly moving forward.

CRA (Civil Right Advocate) speaks out about Employment discrimination

Although Plaintiff is limited to speak about the pending charges, headlines have been voicing the same concerns around protections for LGBT individuals.

Reliable Sources:

"Typically, we take cases on behalf of individuals only when winning the case will help a large number of people, by getting the government to change a procedure or establishing or clarifying a principle of law." (ACLU-August 22, 2014)

"Obama Supports Bill to Amend Civil Rights Act To Ban Sexual Orientation, Gender Identity Discrimination" (November 13, 2015)

Being a victim of discrimination and living through the process of manipulation which is caused by state entities I feel it's time to speak out. Looking at our lifestyles there are more generations to come and something has to be done about the discrimination that arises within the work field. LGBT victims have limited to no resources that are protecting us as a result the victims take matters in their own hands.

After filing an incident report with the Labor Board and EEOC a local man (actually myself) speaks out about the Equality Act and discrimination. CRA reports that he began to research this ongoing matter by contacting multiple local resources however did not receive sufficient information. The CRA also reports that once out of state supporters were contacted, more light was shed concerning this topic.

According to multiple and reliable resources, the state of Delaware is one of many states that protects these pending charges so the plaintiff will prevail.

"I'm frustrated, humiliated and can't take it". It is obvious, that this occurs not only in Delaware and Pennsylvania, but everywhere and something has to be done. CRA mentions that even though my state of residency protects this class of discrimination the state; however does not protect my rights as a citizen. Over time I've come to realize and accept that the discrimination does not lie solely the companies, but it's the individuals representing the white collar companies that causes these horrifying acts of The Civil Rights Movement!

"It feels like an unsolved mystery, history repeating itself and these companies are violating civil rights."

It took one consultation from counsel to hear exactly what I prayed for, my case will prevail. I remind myself that we live in the 21st century and still deal with such ignorance and hatred. It is hard living through pain and suffering of life challenges; however these trials and tribulations constantly keeps us prepared for war.

To protect all parties involved their identity will not be disclosed as this matter is under investigation with EEOC.

CRA is very passionate about these claims, due to the inconsistency in my state of residency. CRA decides to speak out so this type of violation of the Civil Rights Act can cease before other victims begin to take matters in their own hands. Out of state families are relocating to Delaware and future claims will be generated if the negligence from state offices continue.

I fight for my rights as a US citizen and have to deal with pain of discrimination every time I turn my head.

Is this equal employment? Are we living in a world of equality? Are we raising our children to be equal? Are we practicing what we teach?
When will we as a nation be able to accept Equality for all? When will EEOC thoroughly investigate and hold these employers liable for these actions?

"All we ever wanted was to be Loved, Respected and Live our Lives."

#Victimofdiscrimination
#civilrightsact1964
#screamsforhelp

Sincerely,

Mr. Scott

CC: Jenny R. Yang, Chair, David Lopez, General Counsel, NaTasha Abel, State and Local Coordinator

## STATEMENT OF THE CASE

This case seeks relief for the petitioner, an African American effeminate homosexual LGBT , who was wrongfully terminated by UPS for allegedly falsifying his time record on September 11, 2009. LGBT is an acronym that stands for lesbian, gay, bisexual and transgender. Jason Scott, the petitioner, was at the time a temporary employee of Kelly Services. UPS contacted Kelly Services and told them to tell the petitioner to leave the premises of UPS and that he was terminated. Petitioner alleges that UPS's action of terminating him was a guise and that the true reason the petitioner was fired was because he was gay.

UPS has been avoiding the issue of discrimination against Jason Scott, petitioner, by contending that Jason Scott was not an employee of UPS. All of the courts have affirmed the United States District Court's decision to grant a motion for summary judgment in favor of UPS because it has been ruled that Jason was not an employee of UPS. Petitioner should be given his day in court and be permitted to show that UPS discriminated and terminated him because he was gay; because of his sexual orientation.

Jason Scott should be allowed to present his case to a jury of his peers. By granting the motion for summary judgment the Courts have prevented Jason from showing his side of the story. The legal technicality which is stalling Jason's day in court is the question of whether he was an employee of UPS. UPS contends that Jason was a Kelly Services employee and not an employee of UPS.

REASONS FOR GRANTING THE PETITION

REVIEW IS WARRANTED TO CLARIFY THAT A TEMPORARY EMPLOYEE CAN CONSIDER HIS/HER ASSIGNMENT COMPANY AS EMPLOYER WITHIN THE DEFINITION OF THE ANTI DISCRIMINATION LAWS WHICH PROHIBIT DISCRIMINATION IN THE WORK PLACE BASED UPON REAL OR PERCEIVED EMPLOYEE'S SEXUAL ORIENTATION. SPECIFICALLY IN THIS CASE WAS THE PETITIONER AN "EMPLOYEE" OF UPS SUPPLY CHAIN WITHIN THE PURVIEW OF TITLE VII OF THE CIVIL RIGHTS ACT.

Sexual Orientation Discrimination has become a significant issue to the people of the United States. Several states have enacted legislation which prevents employment discrimination in the workplace due to sexual preference or orientation of the employee.

Only 21 states and the District of Columbia have laws that ban discrimination in the workplace because of a person's sexual orientation.

Only eight of those states and the District of Columbia ban discrimination in the workplace because of a person's gender identity. Because there is no federal law prohibiting employment discrimination on the basis of sexual orientation, working people in 29 states are being denied employment on the basis of something that has no relationship to their ability to perform their work.

The states with laws that prohibit workplace discrimination on the basis of sexual orientation are California, Colorado, Connecticut, Delaware, the District of Columbia, Hawaii, Illinois, Iowa, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Hampshire, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, Washington State and Wisconsin. Thirteen of the 21 states also forbid gender identity

discrimination. Several cities have laws banning workplace discrimination because of sexual orientation.

Congress is considering the Employment Non-Discrimination Act (ENDA) that would prohibit discrimination in hiring, firing, promotions, compensation and other employment practices because of a person's sexual orientation or gender identity by employers with 15 or more employees.

## CONCLUSION

AS A MATTER OF LAW, THE TEMPORARY EMPLOYEE, JASON SCOTT, WAS AN EMPLOYEE OF UPS SUPPLY CHAIN AND AS SUCH THE COURT'S RULINGS THAT PETITIONER WAS NOT AN EMPLOYEE OF UPS SHOULD BE REVERSED AND THIS MATTER SHOULD BE REMANDED TO THE DISTRICT COURT FOR TRIAL ON THE MERITS.

THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

**JASON SCOTT, PETITIONER**

**V.** **No. 10-cv-00929**

**UPS SUPPLTY CHAIN SOLUTIONS, RESPONDENTS**

**CERTIFICATE OF SERVICE**

**I, JASON SCOTT, petitioner in the above captioned matter hereby certify that on December 2, 2015, I filed the following document(s) PERTITIONERS STATEMENT TO REOPEN THE ABOVE CASE TO US DISCTRICT COURT OF DELAWARE and placed them an envelope and mailed it via United States Mail, postage prepaid to the respondent's attorneys.**

Lori Ann Brewington

Richards, Layton & Finger, PA

One Rodney Square

920 N. King Street

Wilmington, DE 19801

**JASON SCOTT, PRO SE**

Mr. Emmett McGee
2800 Quarry Lake Drive
Baltimore, MD 21209
Jackson Lewis Attorneys at Law

Mr. Emmett McGee
2800 Quarry Lake Drive
Baltimore, MD 21209
P 410-415-2000