IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON SCOTT, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-929-RGA |
| UPS SUPPLY CHAIN SOLUTIONS, | : | |
| Defendant. | : | |

**ORDER**

Plaintiff requested that his "case be reopened." (D.I. 84). He states he has "newly discovered evidence" but does not say what it is. In any event, summary judgment was granted against him in 2012. The Court of Appeals affirmed that decision on May 3, 2013. That Court twice issued its mandate, the second one occurring nearly two years ago on January 7, 2014. (D.I. 83).

Plaintiff provides no factual or legal basis for reopening his case. It is also untimely. Thus, the request is **DENIED**.

IT IS SO ORDERED this 4th day of January 2016.

Richard G. Andrews
United States District Judge