**UNITED STATES DISTRICT COURT**

**for the District of Delaware**

FILED
MAY 29 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Jason Scott** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil Action No. 10-929 JHL |
| | ) | |
| **UPS/Supply/Chain Solutions** | ) | |
| **Defendant.** | ) | |

**NOTICE OF INTENT TO FILE MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(d)(3)**

Plaintiff respectfully notifies the Court of his intent to file a motion pursuant to Federal Rule of Civil Procedure 60(d)(3) seeking to set aside the judgment on the grounds of fraud on the court.

The forthcoming motion will include documentary evidence demonstrating that a stipulated confidentiality order—submitted without Plaintiff's knowledge or consent—resulted in the concealment of deposition testimony favorable to Plaintiff's claims. The motion will also reference Plaintiff's prior submission of supporting documentation to the Office of Disciplinary Counsel regarding related misconduct.

Plaintiff further notes that the recent reassignment of this case to the Honorable Jennifer A. Hall, who assumed the bench in January 2024, provides an important opportunity for an impartial review of the record and the procedural irregularities that have thus far remained unaddressed.

Plaintiff is finalizing the motion and anticipates filing it promptly. This Notice is submitted in good faith and with appreciation for the Court's attention to preserving the integrity of the judicial process.

Respectfully submitted,

Jason Scott
435 Balsam Dr.
Dover, DE 19901