**UNITED STATES DISTRICT COURT for the DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **Jason Scott,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 10-929-JLH** |
| **UPS/Supply Chain Solutions** | ) | |
| **Defendant.** | ) | |

**NOTICE OF SUPPLEMENTAL SERVICE**

Plaintiff respectfully submits this Notice to inform the Court that, as of today's date, Plaintiff has completed service of the following previously filed motions upon Defendant's counsel:

- Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b), and
- Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(d)(3).

These documents were served via U.S. Mail and email on Defendant's counsel on the date below. Plaintiff submits this notice in good faith to ensure clarity of the record and compliance with service requirements under Rule 5 of the Federal Rules of Civil Procedure.

Respectfully submitted,

Jason Scott

435 Balsam Drive

Dover, DE 19901
302-423-6338

FILED
JUN 03 2025
US DISTRICT COURT
DISTRICT OF DELAWARE

Dated: May 30, 2025